```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                :
OFF-WHITE, LLC,                           :
                                                                :
                         Plaintiff   :
            -v-                              :
                                                                 :                 1:20-cv-1731-GHW
AAPE18 et al,                              :
                         Defendants.   :                 <u>ORDER</u>
                                                                 :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated during the hearing held on May 18, 2020, this case is unsealed.  The Clerk of Court is directed to unseal this case without delay.

      SO ORDERED.

Dated:  May 20, 2020

                                                       _____
                                                               GREGORY H. WOODS
                                                          United States District Judge